IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNA TURNER, | : | CIVIL ACTION - LAW |
| Plaintiff, | : | NO: 2:20-cv-804 |
| v. | : | |
| PNC FINANCIAL SERVICES, INC., | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

**APPENDIX OF EXHIBITS TO CONCISE STATEMENT OF MATERIAL FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

AND NOW, comes the Plaintiff, Jenna Turner, by and through her counsel, Susan N. Williams, Esquire, and files the following Appendix of Exhibits to Concise Statement of Material Facts in Support of Motion for Summary Judgment.

| | |
|---|---|
| Exhibit A: | Plaintiff's Complaint. (ECF Doc. 1) |
| Exhibit B: | Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint. (ECF Doc. 9) |
| Exhibit C: | Excerpts from Transcript of Plaintiff's Deposition Testimony. |
| Exhibit D: | Defendant's New Mother's Room Policy |
| Exhibit E: | Section 7(r) of the Fair Labor Standards Act – Break Time for Nursing Mothers Provision |
| Exhibit F: | Email from Defendant's agent, Janet Zombek |

Respectfully Submitted,

*s/Susan N. Williams, Esq.*
Susan N. Williams, Esq.
PA ID # 40077
Williams Law Offices
101 North Main Street, Suite 104A
Greensburg PA 15601
(724) 331-7678

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Appendix of Exhibits to Concise Statement of Material Facts in Support of Motion for Summary Judgment has been forwarded to all parties listed below via email on this 27th day of September, 2021, as follows:

Julie D. Loring, Esq.
jloring@seyfarth.com
Esteban Shardonofsky, Esq.
sshardonofsky@seyfarth.com
Erica Yohe, Esq.
eyohe@seyfarth.com
**Seyfarth Shaw LLP**
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309

*Counsel for Defendant*

Respectfully submitted,

*s/Susan N. Williams, Esq.*
Susan N. Williams, Esq.
Pa ID No. 40077

*Counsel for Plaintiff*