Exhibit D

Assembly Wizard Print Page

 **PATHFINDER** | **YOU** @PNC

Alain Richardson | Contact Us | Quick Start Guide | News Online | Log Out

**YOUR SNAPSHOT     YOUR CAREER     INFORMATION CENTER     HR**

NEW MOTHER'S ROOMS

## TRENDING NOW

➤ Career Development            ➤ Medical Benefits
➤ News Online                   ➤ Recording Time
➤ Workers' Compensation         ➤ Year-End Performance and Compensation

| **TIMESHEET** | | **LIVING WELL** | **YOUR TOTAL REWARDS** | | **MONEYWISE** |
| --- | --- | --- | --- | --- | --- |
| How To Guides & Resources | Compensation | Benefits | Retirement & Investments | Career Development | Working at PNC |

## New Mother's Rooms   Rev. October 5, 2016     

**WHO**

All PNC employees who are nursing mothers

**WHAT**

Private, secure rooms with a relaxed environment in which to express breast milk.

**WHEN**

As needed.

**HOW**

- To learn more about a New Mother's Room in your area, contact the appropriate person from the list below.
- For general inquiries, please call the HR Service Center at 877-968-7762, option #4.

**PROGRAM DETAILS**

**PROGRAM DETAILS**

As part of the PNC Living Well program, PNC offers private rooms for new mothers who continue to nurse their babies after they return to work.

**Key Features**

- A New Mother's Room is provided in most PNC locations as a private and sanitary place for breastfeeding mothers to express their milk during work hours. Most rooms provide an electrical outlet, comfortable chair, and nearby access to running water.
- Employees may use their private office area for milk expression, if they prefer. If a PNC location does not already have a New Mother's Room, Workplace Solutions will work with the employee to find an appropriate space.
- In some locations, a refrigerator may be available for safe storage of expressed breast milk. Employees may use their own cooler packs to store expressed milk, or may store milk in a designated refrigerator/freezer. Employees should provide their own containers, clearly labeled with name and date. Those using the refrigerator are responsible for keeping it clean.
- In some locations, a milk-expressing pump is provided. Employees are responsible for purchasing their own attachments (Lactina Double Pumping Kit #67094 or 67116). Loaner pumps are available upon request by contacting PNC Living Well - Contact information above.
- An employee will be provided  reasonable break time to breastfeed or express breast milk for at least the first year of her child's life. These break periods will be given each time the employee has need to breastfeed or express breast milk.

**Reasonable Break Time**

Managers and nursing mothers must work together to determine what is a "reasonable" amount of time for the breaks in their specific circumstances.  Based on information from public health officials at the U. S. Department of Health and Human Services, consider the following:

- Typically, the younger the infant, the more often he/she is accustomed to being fed and the more often the mother needs to express milk.  Initially, a nursing mother might need breaks on a more frequent basis, possible every two to three hours.
- The length of time it takes for a mother to express milk varies by individual, but typically is 15-20 minutes.  The location of the room, the type of pump used, availability of milk storage, and set-up and clean-up time all should be taken into consideration when determining the reasonable break time.
- The frequency of breaks needed to express milk, as well as the duration of each break, will likely vary, but typically is 20-30 minutes, two to three times per day.  These breaks are typically paid as regular working time.

To help determine whether the breaks are paid or unpaid, refer to time away from work, FMLA, FLSA, and break time policies for more information.

CONFIDENTIAL                                          PNC000059